

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 16, 2025

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Andres Jimenez*, **91 Cr. 491 (AS)**

Dear Judge Subramanian:

Yesterday, the Court granted the defense's unopposed motion to adjourn the status conference previously scheduled for today, and scheduled a status conference for January 26, 2026, at 2:00 p.m. The Government moves for exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), through January 26, 2026, to permit the defense to continue to review discovery and to permit the parties to discuss a potential resolution. The defense consents to the exclusion of time.

Time is hereby excluded as outlined above.

SO ORDERED.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____

James Mandilk
Assistant United States Attorney
(212) 637-2453

Arun Subramanian, U.S.D.J.
Dated: December 16, 2025

Cc:  Counsel of record (by ECF)